BARBARA RICCIUTI *v.* MICHAEL RICCIUTI

*Michael Ricciuti*, pro se, in support of the petition.

*Lee Marlow*, in opposition.

Decided February 5, 2003

ANTHONY E. JAMES *v.* COMMISSIONER OF
CORRECTION

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Joseph Visone*, special public defender, in support of the petition.

Decided February 5, 2003

CESAR BRZEZINEK ET AL. *v.* COVENANT
INSURANCE COMPANY

*Jacek I. Smigelski*, in support of the petition.

Decided February 5, 2003